ACQUACKANONK   WATER   COMPANY,   EAST   JERSEY
   WATER   COMPANY,   KEARNEY   WATER   COMPANY,
   MONTCLAIR   WATER   COMPANY   AND   PASSAIC   WATER
   COMPANY, APPELLANTS, v. BOARD OF PUBLIC UTIL-
   ITY COMMISSIONERS, RESPONDENT.

CITY  OF  BAYONNE,  APPELLANT,  v.  BOARD  OF  PUBLIC
   UTILITY COMMISSIONERS, RESPONDENT.

Argued March 12, 1924—Decided May 19, 1924.

On appeal from the Supreme Court, whose opinion is re-
ported in 1 *N. J. Mis. R.* 575.

For the appellant water companies, *L. Edward Herrmann,
John B. Humphreys* and *William M. Wherry* (of the New
York bar).

For the appellant, City of Bayonne, *Treacy & Milton* and
*Eugene T. Sharkey.*

For the respondent, *Thomas Brown.*

PER CURIAM.
The judgment under review herein should be affirmed, for
the reasons expressed in the opinion of the Supreme Court.

*For  affirmance*—THE  CHANCELLOR,  CHIEF  JUSTICE,
MINTURN,  KALISCH,  BLACK,  KATZENBACH,  CAMPBELL,
LLOYD, VAN BUSKIRK, CLARK, McGLENNON, JJ.   11.

*For reversal*—None.